UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>SUPERIOR COURT OF SACRAMENTO, et al.,<br><br>                    Defendants. | No.  2:20-cv-1102 TLN AC P<br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's

/////

/////

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: December 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE