UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUPERIOR COURT OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1102 TLN AC P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed December 28, 2020, plaintiff, a county prisoner, was ordered to file a certified copy of his prison trust account statement and cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 6. The thirty-day period has now expired, and plaintiff has not filed his trust account statement or otherwise responded to the order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

1

1 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
2 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
3 (9th Cir. 1991).
4 DATED: February 5, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE